No. 76–1121. AMERICAN BROADCASTING COMPANIES, INC., ET AL. *v.* WRITERS GUILD OF AMERICA, WEST, INC., ET AL.;

No. 76–1153. ASSOCIATION OF MOTION PICTURE & TELEVISION PRODUCERS, INC. *v.* WRITERS GUILD OF AMERICA, WEST, INC., ET AL.; and

No. 76–1162. NATIONAL LABOR RELATIONS BOARD *v.* WRITERS GUILD OF AMERICA, WEST, INC., ET AL. C. A. 2d Cir. [Certiorari granted, 430 U. S. 982.] These cases are restored to the calendar for reargument.

No. 77–10. EXXON CORP. ET AL. *v.* GOVERNOR OF MARYLAND ET AL.;

No. 77–11. SHELL OIL CO. *v.* GOVERNOR OF MARYLAND ET AL.;

No. 77–12. CONTINENTAL OIL CO. ET AL. *v.* GOVERNOR OF MARYLAND ET AL.;

No. 77–47. GULF OIL CORP. *v.* GOVERNOR OF MARYLAND ET AL.; and

No. 77–64. ASHLAND OIL, INC., ET AL. *v.* GOVERNOR OF MARYLAND ET AL. Ct. App. Md. [Probable jurisdiction noted, *ante,* p. 814.] Motion of Charter Oil Co. et al. for leave to file a brief as *amici curiae* granted. Motion of Crown Central Petroleum Co. for leave to file a brief as *amicus curiae* in No. 77–10 granted. MR. JUSTICE STEWART and MR. JUSTICE POWELL took no part in the consideration or decision of these motions.*

No. 77–747. ALLIED STRUCTURAL STEEL CO. *v.* SPANNAUS, ATTORNEY GENERAL OF MINNESOTA, ET AL. Appeal from D. C. Minn. Motion of appellants to expedite consideration of appeal denied.

No. 77–5176. FRANKS *v.* DELAWARE. Sup. Ct. Del. [Certiorari granted, *ante,* p. 889.] Motion of American Civil Liberties Union for leave to file a brief as *amicus curiae* granted.

———

*See also second note, *supra,* p. 989.